**Opinion issued September 19, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00686-CV

————————————

## IN RE MELONY A. MALONE, Relator

———————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————

### MEMORANDUM OPINION

Relator, Melony A. Malone, has filed a petition for writ of mandamus, challenging the trial court's failure to rule on her motion to enforce a mediated settlement agreement and Rule 11 agreement.[1]

---

[1] The underlying case is *Weltz v. Citimortgage Inc.,* No. 2011-60615 in the 270th District Court of Harris County, Texas, the Honorable Brent Gamble presiding.

On September 16, 2013, Malone filed a "Notice of Order From Trial Court," stating that the trial court had ruled on her motion and that this mandamus proceeding is now moot.

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.